# EXHIBIT 1

Sayın hakim Reggie Walton

Size bu mektubu çok uzaktan Türkiye'den yazıyorum.Ablamı üç aydan fazla zamandır görmüyorum.İlk kez bu kadar uzun zaman ayrı kaldık.

Geçen yıl eylül aynın 25 inden bugüne hayatımız altüst olmuş durumda.Bu yaşadıklarımız ablamın başına nasıl gelmiş olabilir hala inanamıyorum.Bazen düşününce sanki bir film izliyor gibiyim.
Biz boşanmış bir anne babanın çocuklarıyız.Annem ve babam 18 yıl önce ayrıldı.Biz babam,ablam ve erkek kardeşim beraber kaldık.Babam hemen tekrar evlenmeye karar verdi.Türkiye'de genelde çocuklar evlenmeden ebeveynlerden ayrı yaşamaya başlamazlar.Ama bizim aile büyüklerimiz üvey annem daha rahat etsin diye bizim evden ayrılmamızı istediler.O zamandan beri de birlikte hayat mücadelesi veriyoruz.Arzu benim için bir abladan çok anne oldu.Ailemizde hep sorun sıkıntı vardı.Biz üç kardeşiz en büyüğümüz ablam;herkesi idare etmeye çalışan,herkesin gönlünü yapmaya çalışan arabulucu kişi oldu hep.

Ablamla birlikte yaşamaya başladıktan sonra ikimizde çeşitli işlerde çalışmaya başladık.Ablam Türk Hava Yolları'nda kabşn görevilisi olarak çalıştığının ikinci yılı bende aynı yerde çalışmaya başladım.Ablam o zaman istifa edip malum şirkette çalışmaya başladı.

İkimizde çalışmak zorundaydık çünkü ailemizden destek almıyorduk.Evimiz kiraydı masraflarımızı kendimiz karşılıyorduk.Ablam çok sabırlı bir insandır.Patronları ona kötü ve kaba davranıyorlardı.Bugünün parasıyla 300-400 dolar gibi bir maaşla çalışıyordu.Sürekli başka işler aradı çalıştığı dönemde ama bulamadı maalesef.Bu insanların onun başına böyle bir iş açacağını nerden bilebilirdik.Bilse ablam öleceğini bilse çalışmazdı orada.Zaten kendisi çok inançlı bir insandır.Bu sebeple haketmediği bir kazancı boğazından geçirmez asla. O kadar çektiği sıkıntılara katlanabilmesine de inançlı bir insan olmasına bağlıyorum.Ben onun Gürcistan'da çektiği hayata birebir şahit oldum.Açıkçası ben onun yerinde olsaydım sanırım tutuklandığımın ilk ay intihar etmiştim.Ablam tutuklandığından beri ben 9 ay boyunca her hafta Gürcistan'a gittim.Onu ziyaret etmek ve ona cezaevi kuralları dahilinde birkaç parça yiyecek götürmek için.Çünkü kaldığı cezaevinde gerçekten yemek yoktu ve parasıyla bile kantin'den alabilceği yiyecekler çok kısıtlıydı.Açıkşası o günlerde şükrettiğim şey babamın daha önce ölmüş olmasıydı.Çünkü ablamı o halde görseydi zaten ölürdü.Ablam ilk bir ay Kutaisi adında bir kasabada ki cezaevinde kaldı.Altı kişiydiler koğuşta.Aynı dili konuştuğu ve derdini anlatabileceği kimse yok,yemek yok,telefon açamıyor hiçkimseye.Koğuşta beraber kaldığı kadınlardan biri demir telle örtülü olan parmaklıklarda bileklerini keserek intihar etmişti bir gece.Sabahlara kadar bağırıp ağlayan insanlar.Düşünün ki bu kadın oraya gitmeden 1 hafta öncesine kadar evinde nişanlısı ile birlikte yaşayan, gündelik yaşamında evin alışverişini ve yemek yapan,haftada 1 gün hasta ve yaşlı olan dede ve ananesini ziyaret eden,kız kardeşiyle zaman geçiren ve arada nişanlısı ile kısa tatiller yapan orta halli bir kadın.Kendisini bir andan yabancı bir ülkenin cezaevinde bu şartlarda buluyor.Nişanlısı ile kısa süre işinde evlenip,yaşı ilerlemiş olduğundan dolayı çocuk yapmayı isterken ; yılbaşını kendi doğumgünü sevdiklerinin özel günlerini, dini bayramları ve ailemizin tek bebeği olan yiğenimizin doğumunu bile göremiyor.Bunları da geçtim , belki de artık bu cezaevlerinde geçirdiği süreden sonra artık çocuk sahibi bile olamayacak, ki hayattaki en çok istediği şey.Bize ailemizden kimse destek olmadı hayatımız boyunca.Ablam tutuklandığından beri de ben ailemden hiç kimseden destek görmedim.Ne maddi olarak ne de manevi olarak.Hayattaki en büyük destekçim , beni her anlamdan toparlayıp bana sahip çıkan bana güç veren kişi ablamken ben bir anda yapayalnız kalıverdim.Onu o halde orada nasıl tek başına bırakırdım.Beni haftada 2 saat görmesi bile onu hayata bağlayan en önemli şeydi.Beni bırakma beni unutma diye ağlayıp yalvarıyordu her görüşmemizde.Artık bir yerden sonra ona hangi cümleyi kurarak destek vereceğinizi bilemiyorsunuz.Çünkü kendi söylediğinize kendiniz de inanmıyorsunuz.Bunlar bizim için çok acı verici şeyler ve çok büyük tramvalar.Allah hiç kimseyi Gürcistan gibi bir yerde böyle durumlara düşürmesin.Ablamı 1 ay Kutaisi'de kaldıktan sonra rustavi cezaevine gönderdiler.Aynı çilemiz bu sefer Tiflis'te devam etti.Afedersiniz kaldığı koğuşta yoğun bir lağım (tuvalet) ve küf kokusu,24 saat boyunca odada kilitliler,odada televizyon yok,radyo yok,odanın ufacık demir parmaklıklı olan penceresinden bile bakmak yasak, hergün sosis ve patates püresi,ayda 4 kez 15 dakika telefon hakkı,parasıyla bile kantinden birşey alamıyor çünkü alacak bir

yemek yok.Ben 9 ay boyunca ablama her hafta 2 paket peynir ve sebze ve meyve götürdüm.Ama onlarda yeterli gelmiyor 2 günde bitiyordu çünkü koğuşta beraber kaldığı kişilerin parası ve yardım edecek yakınları olmadığından dolayı , getirdiklerimizi paylaşıyorlardı.Biliyormusunuz kaldığı koğuşta soğutucu , buzdolabı gibi birşey olmadığından peynirleri ufacık demir parmaklıklı pencereden poşetle sarkıyıp dışarı asardı.Hemen bozulmasın 2-3 gün daha fazla yiyebilsin,aç kalmasın diye.Ablamın isteği üzerine Gürcistan'a gittiğim her hafta koğuşta beraber kaldığı arkadaşının cezavi kartına ailesiyle telefonla görüşebilmesi için para yatırdık.Kızın ailesi çok fakirdi ve yardım edecek veya onu ziyarete gelen kimsesi yoktu.Gerçekten orada çalışanlar ve ablamın yanında kalan herkes onu çok seviyordu.Ablam Amerika'ya gittikten sonra tahliye olan koğuş arkadaşlarından biri beni her hafta arayarak ablamın durumunu soruyor.Arzu'nun bana çok yardımı oldu , senin de birşeye ihtiyacın olursa ben burdayım diyerek bana destek olmaya çalışıyor.Bunların hiç biri hak değildi benim ablam için.Bu şartlarda aylarca aç yaşadı o kadın.12-13 kg verdi tanınmaz hale geldi.Yaşadığı tramvaları , tanık olduğu şeyleri , bulunduğu ortamın psikolojisini hiç anlatmıyorum bile.Ama dua etmekten,birgün adaletin gelip o kapıların açılacağına inanmaktan hiç vazgeçmedi.Gürcistan'daki cezaevleri kötü anlamda çok bilindik çok meşhurmuş.Maalesef biz bunu çok acı bir sınavla öğrendik.Ablam orada kaldığı süre içinde aylarca çok ağır depresyon ilaçları kullandı,hayatı boyunca ağlamadığı kadar aylarca ağladı hala da ağlıyor.Ama en çok ne derdi ağlarken biliyormusunuz;ben neden burdayım ben neden bunları çekiyorum ben ne yaptım,keşke birşey yapmış olsam da kendime desem ki sen hakettin bunları yaşamayı.İşte bu ablamın aklını salim (sağlıklı) tutmakla delirmesi arasındaki ince çizgiydi.Nişanlısı ve ben aylarca onun yanına gidip gelerek akıl sağlığını kaybetmemesi için mücadele verdik.Biz hayatımız boyunca ne nezarethane,ne polis,ne mahkeme görmüş insanlar değiliz.Ama böyle şeyler yaşadığında,cezaevine gidip gelip , orada kalan bir insana birebir tanık olduğunda insan anlıyor ki aylarca 24 saat kapalı bir odada delirmek çok kolay birşey.Ablam oradan kendini kaybetmiş bir şekilde delirmiş olarak çıksaydı bana ne faydası vardı , kendine sevdiklerine ne faydası olacaktı o saatten sonra? Ablamın şu an akıl sağlığı eskisi kadar olmasa da yerinde ve hala en çok istediği şey olan çocuğa sahip olabileceğini ümit ediyoruz.Son 1 yıl içinde kaybettiğimiz kaçırdığımız birlikte yapacağımız o kadar çok şey oldu ki hiç birini paylaşamadık.Hasret ve özlem duyduğumuz çok şey var.Amerika Birleşik Devletleri'nin adaletli bir ülke olduğuna ve ablamın adil bir şekilde yargılanacağına inanıyorum.Sizin merhametinize sığınarak ablamı en kısa zamanda evine,ülkesine göndereceğinizi umuyorum.


Aslı Sağsöz

Kız kardeşi

Honorable Judge Reggie Walton,

I am writing you this letter from very far away in Turkey. I have not seen my older sister for over three months. This is the first time we have been away from each other for so long.

Our lives have been put have been put upside down since 25th of September last year. I still cannot believe how all of this could have happened to my sister. When I think about it I feel like I am watching a movie. We are the children of divorced parents. Our mom and dad separated 18 years ago. It was my dad, my sister and my brother who stayed together. My dad decided to re-marry right away. In Turkey, children usually do not move away from their parents before they get married. Yet our elders wanted us to leave our home so my step-mother would feel more comfortable. We have shared our life, struggling together since that day. Arzu has been more of a mother to me than a sister. There was always trouble and strife in our family. There is three of us and my sister is the eldest. She is the one trying to manage everyone, the one trying to make peace for everyone; always the one to mediate.

After I started to live with my sister we both worked in different jobs. When my sister started working as a flight attendant at Turkish Airlines, I joined the same company on her second year. Then my sister resigned and started working for the company in question.

We both had to work because we had no support from our family. Our place was a rental and we paid our own expenses. My sister is a very patient person. Her bosses were rude and they were mistreating her. At today's rates she made around 300-400 dollars a month. She kept looking for other jobs but could not find anything unfortunately. How could we know that these people would cause her so much trouble? If she knew, my sister would rather die than work for them. She is in fact a faithful person. That is why she would not want to receive any money she doesn't deserve. I think the reason she can tolerate all her troubles is due to her faith. I saw the life she lived in Georgia with my own eyes. Honestly, if I were in her shoes I would probably commit suicide within the first month of my arrest. From the time my sister was arrested I went to visit her every week for 9 months. I visited her and took her a few pieces of food to the extent that the jail rules allowed it. That is because there was no food in the prison she was staying at and what she could buy at the cafeteria with her own money was really limited. Honestly, what I was thankful for was that my father was already dead during those days. He would have died anyway if he saw her like that. My sister stayed at a jail in a town called Kutaisi for the first month. She had no one who spoke her language, no one to share her troubles with, no food. She could not phone anyone. One night a woman from the ward she stayed with committed suicide by cutting her wrists on the barbed wire that was wrapped around the jail bars. It was full of people who wailed and cried till the morning. Imagine a woman who lived with her fiancé until one week ago, who went about her daily activities of shopping and cooking, who visited her old and sickly grandfather and grandmother once a week, who spends time with her sister and who goes on short trips with her fiancé. A middle class woman. She finds herself in a foreign country's prison conditions suddenly. While she dreams of marrying her fiancé and of having children because

she is older she misses out on New Year's, her own birthday, special days of her loved ones, our religious holidays and the birth of our nephew who is the only baby in our family. Leaving all of this aside, maybe she will not be able to have children after all the time she spends in prison and that is what she wants most in life. No one from our family helped us all our lives. I have not seen any support from the family since my sister got arrested either. Neither monetarily nor spiritually. When it was my sister who was my greatest supporter in life, when it was her who got me shaped up and who gave me strength, I suddenly found myself all alone. How could I leave her there all alone like that? Seeing me even for 2 hours a week was the thing that kept her going. Every times she saw me she cried for me not to leave her, not to forget her. At some point you cannot find another word to support her further. That is because you stop believing the words you say yourself. These things give us great pain and they are great traumas. May Allah never allow anyone to suffer such a situation in a place like Georgia. After she stayed in Kutaisi for a month, they sent my sister to Rustavi prison. Our suffering continued in Tbilisi. Excuse me when I say that there was a heavy smell of sewage and mold in her ward. They were locked up for 24 hours a day. There is no TV, no radio. It is forbidden even to look out of the very small barred windows of the room. They give sausages and mashed potatoes every day. Phones are limited to 4 times, 15 minutes each month. She couldn't buy anything with her money from the cafeteria because there was no food. I took 2 packets of cheese, vegetables and fruit to my sister for 9 months. Yet that wasn't enough as she was done with those in 2 days because other people in the ward had no money and no one to help them. So they all shared the things we brought in. You know… because there was no cooler or fridge in the ward they used to hang the cheese from the bars of the window looking outside so that they would not go bad and she'd be able to eat them for 2-3 days longer. Because my sister asked, we put money into the card of the woman my sister stayed with, every week I went to Georgia, so that she could talk to her family. The girl's family was very poor and she had no one to visit or to help her. People who worked there and anyone who stayed with my sister really loved her. After my sister was sent to the US, one girl released from that prison has been calling me every week to ask how my sister is doing. She tries to support me by telling me "Arzu helped me a lot, if you need anything, I am here for you as well." None of this was just for my sister. That woman lived under these conditions going hungry for months. She lost 12-13 kilos and became unrecognizable. I am not recounting all her traumas, all that she has witnessed or the psychology of the place she was in. Yet, she never stopped praying and believing that justice would come one day and open those doors. Georgia is apparently known and very famous for their negative conditions. Unfortunately, we learned that by living it. My sister used heavy anti-depressants during the months she was there. She cried like she never cried in her life and she still cries. Yet you know what he biggest trouble is when she cries? She says "Why am I here? Why am I suffering? What did I do? I wish I did something so that I would tell myself that I deserved it." This was the fine line between my sister keeping her sanity and losing it. Her fiancé and I went for months to see her, fighting to keep her sanity. We are people who have never seen a jail, the police or the courts. Yet when one lives through such a thing and keeps going to the prison and witnesses the life of someone staying there, then

they understand that it is very easy to go mad by staying 24 hours a day in a closed room. If my sister had lost her mind in there, what help would she be to me or to her loved ones? Even if it isn't what it used to be my sister's mental health is now OK and we hope she can still have the child she wants so much. We missed out on so much we could live through and share together in the last year and but we could not. We long for many things. I believe that United States is country of justice and that she will be tried justly. Bowing to your mercy, I hope that you will send my sister to her home, her country in the shortest time.

Asli Sagsoz

Her Sister